N/S/I
No.c.v 30
Case 2:22-cv-08409-SVW-JPR   Document 1   Filed 11/17/22   Page 1 of 12   Page ID #:1

ANTHONY HALL
815 N.. LaBREA AVENUE, #281
INGLEWOOD, CA 90302
(323)632-5346

Plaintiff in Pro Per

FILED
2022 NOV 17 AM 11: 42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY EEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

ANTHONY HALL

Plaintiff

Vs.
CREATIVE I WORKS, LLC; ROBERT WHITE, an individual; ROBERT APPLING, an individual; ROBERT DANIELS, an individual; FREDDY ROME, an individual; IMANI WALKER, an individual; RCA RECORDS, a Michigan Corporation; ATLANTIC RECORDS, LLC; a Michigan LLC; INTERSCOPE MUSIC, Inc REPUBLIC RECORDS, LLC; AMG PRODUCTIONS, INC; SONY MUSIC ENTERTAINMENT, LLC COLUMBIA RECORDS, INC CAPITAL RECORDS, INC; PHARELL WILLIAMS, , an individual; ROBIN THICKE, an individual; DRAKE, an individual;
BRUNO MARS, an individual;
ANDERSON PAK; an individual
RODDY RICH; an individual;
CHRIS BROWN, an individual
JUSTIN BIEBER, an individual; WHIZ KID, an individual; AND

DOES 1 to 20, Inclusive,
                Defendants

CASE NO. 2:22-CV-08409-SVW(JPRx)

**COMPLAINT FOR**

1. COPYRIGHT INFRINGEMENT
2. UNJUST ENRICHMENT
3. LANHAM ACT VIOLATION

Jury Trial Demanded

Plaintiff, ANTHONY HALL declares:

I

1. The true names or capacities of the fictitiously named defendants(Does 1 to 20) are unknown. Plaintiff is informed and believes and thereon alleges that each of said defendants is negligently responsible for the hereinafter described acts of wrongdoing and proximately caused injury and damages as herein alleged to Plaintiff.

II

## THE PARTIES AND JURISDICTION

2. At all times herein mentioned, plaintiff is an individual residing in the City of Los Angeles.

3. Defendant, CREATIVE I WORKS is a California Limited Liability Company and maintains a music and production studio, with its principle place of business operating in Los Angeles, California

4. Defendant, ROBERT APPLING, is a co-owner of CREATIVE I WORKS and maintains his place of residency in Los Angeles, California.

5. Defendant, ROBERT DANIELS, a songwriter; has written songs for Robin Thicke, and CREATIVE I WORKS and maintains his residence in Los Angeles, California.

6. Defendant, ROBERT WHITE, is an Artist & Rep, who is instrumental in discovering musical talentss and hooking up song-writers, and musical talents. He works with DREAMWORKS RECORDS.

7. Defendant, IMANI WALKER, owner of CREATIVE I WORKS and also an affiliant with Plaintiff, ROBERT WHITE. He maintains his residency in Los Angeles, California.

8. Defendant FREDDY ROME, owner of recording studio and business associate of Defendant, Robert White. Some of plaintiff's music was recorded in his studio.

9. Defendant, RCA RECORDS,INC., a record label, organized and existing under the laws of the state of Michigan and is in the business of acquiring interests in musical compositions. RCA regularly and systematically does business in the State of California.

10. Defendant, ATLANTIC RECORDS,LLC a record label also organized and existing under the laws of the State of Michigan and is in the business of acquiring interests in musical compositions.ATLANTIC regularly and systematically does business in the State of California.

11. INTERSCOPE MUSIC, Record Label, a Delaware corporation.

12. REPUBLIC RECORDS a California Limited LiabilityCompany.

13. AMG PRODUCTIONS, a California corporation.

14. SONY MUSIC ENTERTAINMENT, LLC, a Record label;doing business in the State of California

15. COLUMBIA RECORDS, A New York Corporation.

16. PHARELL WILLIAMS, Artist; ROBIN THICKE, Artist; DRAKE, an Artist; BRUNO MARS, An Artist; ANDERSON PAK, Artist; CHRIS BROWN, Artist; RODDY RICH, Artist; JUSTIN BIEBER, Artist; WIZ KID, Artist.

17. This action is brought, and this Court has subject matter jurisdiction, pursuant to

28USC, Section 1331, 1338, and 2201. This Court has federal question jurisdiction in this matter.

## III.

## FACTUAL BACKGROUND

18. Plaintiff's music/lyrics was stolen when he recorded his songs at the studio of Defendant, Creative I Works. Defendants, Robert White and Imani Walker, owner of the studio, represented to Plaintiff that he would record his songs at the studio for a pending record deal and that plaintiff would have full control and ownership of his music. Plaintiff was assured that his work would be protected and that no other persons or entities would have access to his work. But instead, defendants sold his work to other persons or entities without approval or consent of plaintiff.

19. It was only later when plaintiff heard his songs played on the air, did he realize the full scope of the scam that had been perpetrated against him by Defendants.

## IV

## FIRST CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT

20. Plaintiff incorporates every allegation contained in the preceeding paragraphs, as though set forth fully herein.

21. At all relevant times, Plaintiff was and continues to be the owner and the proprietor of the rights, title and interest in and to the copyright of the works as described herein as Exhibit "A" and "B".

22. Upon information and belief, Defendants knew or should have known of Plaintiff's copyright in Plaintiff's work.

23. Plaintiff is the owner of copyright of his works as outlined in Exhibit "A" and the exclusive rights to, inter alia, reproduce the copyrighted works, prepare derivative works based in whole or in part upon the copyright works, and distribute the copyrighted works based in whole or in part upon the copyrighted works, and distribute the copyrighted works by sale, license or otherwise, 17 U.S.C. Sections 106, et seq.

24. Plaintiff became aware of Defendants' use of his work without license, right or authority, and by reproducing and distributing to the worldwide general public via the internet and interstate commerce. Plaintiff initially made contact with Defendants in October   2022 regarding the unauthorized use of his work. Thereafter, Plaintiff sent letters via certified mail on or about October   2022, regarding the unauthorized use of his works, thereby putting them on notice that the creation of a derivative work, without authorization and payment to Plaintiff represents a violation of Plaintiff's right under 17 U.S.C. Sections 106 et seq.

25. Defendants' actions have deprived Plaintiff just compensation in association with the use of his works, thereby causing Plaintiff and professional damage, and if allowed to continue, will cause further injury to the Plaintiff.

26. Even after communicating the concerns with Defendants, Plaintiff was unable to come to any agreement over the usage of his works. Subsequently, Plaintiffr Personally requested that Defendants cease and desist from further distribution of his works. Despite Plaintiff's request, Defendants continue to exploit Plaintiff's work, reaping tremendous financial awards and other pecuniary benefits to the detriment of Plaintiff.

27. Upon information and belief, such unlawful activities by the Defendants constitute willful infringements of Plaintiff's copyright, and upon information and belief, were committed in disregard of Plaintif's rights.

## SECOND CLAIM FOR RELIEF

### -STATE LAW CLAIMS

### UNJUST ENRICHMENT AND MISAPPROPRIATION

Plaintiff repeats and realleges the allegations in paragraphs 1 through 27.

28. The actions of Defendants as more fuly set forth in paragraphs 1 through 27, contribute to falsely representing and marketing Plaintiff's work as their own, constituting a misappropriation of Plaintiff's work, all to the commercial gain of Defendants.

29. Specifcally, the false representation of professional collaboration and association, the failure to give notice to the public that Plaintiff is the owner of the works and, that Plaintiff does not endorse the Defendants' endeavors, and other acts more fully described above. These actions have resulted in confusing the public in addition to resulting in a substancial loss of income to Plaintiff and the unjust enrichment of Defendants.

## THIRD CAUSE OF ACTION

### LANHAM ACT VIOLATION

Plaintiff repeats and realleges the allegations in Paragraphs 1 through 41

30. Plaintiff's claim arises under the Lanham Act of July 5, 1946, 15 U.S.C. sections 1051-1127, particularly Section 43(a) of the Lanham Act, 15 U.S.C. Section 1125(a)43. Defendants have, in the past and continue to use, in connection with their commercial services and merchantable goods Plainiff's work in interstate commerce, contributing to the false and misleading representation of that has resulted in financial loss to Plaintiff.

31.. Upon information and belief, Defendants' acts were designed to exploit the popularity and unique style of Plaintiff, causing confusion as to association of Defendant and Plaintiff, endorsement, sponsorship, and approval of Plaintiff's work. Defendant's unauthorized use of Plaintiff's work in association with their exploitation of the derivative work acts to capitalize on the goodwill and unique talent of Plaintiff in an effort to obtain commercial advantage.

32. Upon information and belief, Defendants committed the actions referenced in the above two paragraphs willfullyand in absolute disregard of Plaintiff's rights

33. Upon information and belief, Defendants have reaped undeserved profits from these activities.

34. Defendants aforesaid unlawful actions have damaged and continue to damage Plaintiff..

WHEREFORE, Plaintiff demands judgment, jointly and severally, against Defendants as follows:

1. For general, specific, compensatory, incidental and consequential damages according to proof as a result of the fraud and misrepresentation sustained by Plaintiff in an amount according to proof; but not less than $20,000,000.00;

2. For disgorgement and restitution of all profits and gains obtained by the unlawful and fraudulent acts and omissions alleged herein; according to proof;

3. An award to Plaintiff of the profits, gains and advantages derived by the Defendants as a result of the copyright infringment, in addition to punitive damages and compensation for the damages sustained by Plaintiff in an amount not less than $20,000,000.00;

4. An award to Plaintiff of the profits, gains, and advantages derived by the Defendants in an amount of not less than $20,000,000.00 sustained by Plaintiff as a result of the acts of the Lanham Act, unjust enrichment and misappropriation recited above;

5. That Defendants pay to Plaintiff all cost that may be incurred as attorney fees; AND

For such other and further relief as may be just and proper.

DATED 11-5-2022                                   _____

                                                                ANTHONY HALL, PLAINTIFF

## ATTACHMENT

Attached is an accounting of all songs/lyrics that are the subject of this lawsuit, along with the record labels:

| SONGS | ARTIST | LABEL |
| --- | --- | --- |
| Leave the door open | Bruno Mars; Anderson Paak | Atlantic |
| Late at night | Roddy Ricch | Atlantic |
| Essence | Wizkid | RCA |
| Hold on, we're going home | Drake | Rebublic-AMG |
| Beautiful | Snoop Dog | Capital |
| Get Lucky | Pharrell Williams | Columbia |
| Happy | Pharrell Williams | Columbia |
| Blurred Lines | Robin Thicke;Pharrell Williams | Interscope |
| Its in the morning | Robin Thicke | Interscope |
| Lost without you | Robin Thicke | Interscope |
| No guidance | Chris Brown | RCA |
| That's what I like | Bruno Mars | Atlantic |
| Hotline Bling | Drake | Rebublic |
| 24K Magic | Bruno Mars | Atlantic |
| Earned it | The weekend | Universal |
| I can't feel my face | The weekend | Universal |
| Hot girl   (hook only) | Snoop dog | Universal |
| Nothing on you | Bruno Mars | Atlantic |
| Frontin | Farrell Williams | Interscope |
| Peaches | Justin Bieber | RBMG |










7019 0140 0000 1228 1262

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Hartsdale, NY 10530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $3.25 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |
| Total Postage and Fees | $7.85 |

Postmark Here: DIXON POST OFFICE, LOS ANGELES, CA 90043 — NOV - 8 2022 — 0043 30 — 11/08/2022

Sent To: RCA RECORDS c/o CHRISTOPHER ACIS
Street and Apt. No., or PO Box No.: 18 N. CENTRAL AVE., # 204
City, State, ZIP+4®: HARTSVILLE, NY 10530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0002 1254 7431

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Los Angeles, CA 90021

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $3.25 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☒ Adult Signature Required | $ $0.00 |
| ☒ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |
| Total Postage and Fees | $7.85 |

Postmark Here — 10/14/2022

Sent To: Atlantic Records
Street and Apt. No., or PO Box No.: 177 S. Santa Fe Ave
City, State, ZIP+4®: Burbank CA 90021

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0002 1254 7424

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10022

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $3.25 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☒ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |
| Total Postage and Fees | $7.85 |

Postmark Here — 0022 18 — OCT 14 2022 — 10/14/2022

Sent To: Columbia Records
Street and Apt. No., or PO Box No.: 550 Madison Ave 124th Floor
City, State, ZIP+4®: New York, NY 10022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0002 1254 6113

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10022

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $3.25 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☒ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.60 |
| Total Postage and Fees | $7.85 |

Postmark Here — 0022 18 — OCT 14 2022 — 10/14/2022

Sent To: Republic Records
Street and Apt. No., or PO Box No.: 320 E. 52nd Street
City, State, ZIP+4®: New York, NY 10022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 1670 0002 1254 7448

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Los Angeles, CA 90028
OFFICIAL USE

Certified Mail Fee $4.00
$ $3.25
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☒ Certified Mail Restricted Delivery $ $0.00
☒ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.60
$
Total Postage and Fees $7.85
$

0022
18
Postmark Here
OCT 14 2022
10/14/2022

Sent To Capital Records
Street and Apt. No., or PO Box No. 1750 Vine Street
City, State, ZIP+4® Los Angeles CA 90028

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 1670 0002 1254 7363

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Santa Monica, CA 90404
OFFICIAL USE

Certified Mail Fee $4.00
$ $3.25
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☒ Certified Mail Restricted Delivery $ $0.00
☒ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.60
$
Total Postage and Fees $7.85
$

0022
18
Postmark Here
OCT 14 2022
10/14/2022

Sent To Universal Music Publishing Group
Street and Apt. No., or PO Box No. 2100 Colorado Avenue
City, State, ZIP+4® Santa Monica CA 90404

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 1670 0002 1254 7486

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☒ Certified Mail Restricted Delivery $
☒ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here
OCT 14 2022

Sent To

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ANTHONY HALL<br>*Plaintiff*<br>v.<br>CREATIVE I WORKS, LLC, ET AL<br>*Defendant* | Civil Action No.<br>2:22-CV-08409-SVW(JPRx) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: ROBERT WHITE

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Courtroom No.: |
|---|---|
|  | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: Copies/records of all recordings of Plaintiff's written songs in your possession or in possession of the studio that the songs were recorded, showing specific dates that the recordings were made.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

        *CLERK OF COURT*

                                      OR

_____       _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
ANTHONY HALL, Plaintiff  , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).